# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 08-03044-01/02-CR-S-GAF ) |
| DIONEL BARRIOS-FRAIRE, and ANA ELDA BARRIOS, | ) ) ) ) ) |
| Defendants. | ) |

## ORDER

Before the Court is Plaintiff's Motion for Final Order of Forfeiture. (Doc. 70. ) On October 21, 2009, this Court entered a Preliminary Order of Forfeiture (Doc. 65), ordering Defendants Dionel Barrios-Fraire and Ana Elda Barrios to forfeit $3,853 in United States currency seized from Barrios-Fraire on April 25, 2008.

The United States caused to be published on the on the Internet site [www.forfeiture.gov,](www.forfeiture.gov) notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property. No timely claim has been filed.

The Court therefore finds that Defendants Dionel Barrios-Fraire and Ana Elda Barrios had an interest in the property that is subject to forfeiture.

Therefore, it is hereby **ORDERED, ADJUDGED AND DECREED**:

That the property described above is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 982(a)(6);

**IT IS FURTHER ORDERED THAT** all right, title and interest to the property

described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law;

**IT IS FURTHER ORDERED THAT** the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order;

**IT IS FURTHER ORDERED THAT** the Clerk of the Court shall forward a certified copy of this Order to the United States Attorney's Office, Attention: Robyn L. McKee, Assistant U.S. Attorney, 901 St. Louis, Suite 500, Springfield, MO 65806-2511.

**IT IS SO ORDERED.**

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED:  February 8, 2010